IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00316-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   **MARCOS RENE ALMEIDA-SOTO,**

    Defendant.

---

## MOTION FOR DETENTION WITHOUT BOND

---

The United States, through United States Attorney Jason R. Dunn, by Assistant U.S. Attorney Guy Till (Government), respectfully enters this Motion for Detention Without Bond of the above captioned defendant Marcos Rene Almeida-Soto, pursuant to Title 18 U.S.C. § 3142(e)(1) and (f)(2)(A) and (B).  As grounds therefor, the Government states and represents to the Court as follows:

    1.    The defendant has been Indicted by a District of Colorado Grand Jury for violation of Title 8 U.S.C. § 1326(a) and (b)(2), Illegal re-entry following deportation from the United States after being convicted of a violation of Title 21 U.S.C. §§ 846 and 841 (cocaine) in the United States District Court for the District of Arizona.

2. The Indictment in this case represents a probable cause finding that the defendant is in disregard of the immigration laws of the United States. The defendant is a citizen of Mexico. The defendant was aware of his lack of legal status in the United States because of extended immigration proceedings before his deportation from the United States in 2006. When the defendant was encountered by ICE officers on June 20, 2019, in Colorado Springs on this case, the defendant was riding in the same vehicle as a Mexican National who had recently escaped from the ICE detention facility in Aurora, Colorado. The criminal history of this defendant includes a federal felony conviction where the defendant was arrested in Arizona when 32 pounds of cocaine were found in the gas tank of the vehicle in which the defendant, his common law wife, and three children were travelling. Cocaine trafficking poses a danger to the community. The District of Arizona conviction shows the defendant's disregard of family ties and the drug trafficking laws of the United States. There is no reason to expect the defendant will obey this Court's orders, should the Court order him released.

3. Pertinent factors for the determination of a person's worthiness for bond, listed in § 3142(g), include the nature and circumstances of the offense charged, the weight of evidence against the defendant, the history of the defendant, family ties, employment, financial resources, length of residence in the community, community ties, and record concerning past appearances at court proceedings.

4.     Based on the § 3142(g) factors as to this defendant, the Government respectfully asks the Court to make the necessary findings under § 3142(e) that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and therefor to order the defendant detained without bond pending trial.

Respectfully submitted this 19th day of July, 2019.

JASON R. DUNN
United States Attorney


By: *s/Guy Till*
GUY TILL
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0406
E-mail: Guy.Till@usdoj.gov
Attorney for the Government

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 19, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send an email notification such filing to all counsel of record.

                                    *s/ David Vu*
                                    David Vu
                                    Legal Assistant
                                    United States Attorney's Office